

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00279-CV

Abdul H. **NUBANI**,
Appellant

v.

**COUNTY OF GUADALUPE** and Randall R. Smidt,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 2011-2202-CV
The Honorable William Old, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  August 19, 2015

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have reached an agreement to settle and compromise their differences. The motion is granted. *See* TEX. R. APP. P. 42.1, 43.2(f). Costs of appeal are taxed against the appellant.

PER CURIAM